**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

NOV 26 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIMOTHY HUNTLEY WILLIAMS, | No. 23-1567 |
| Plaintiff - Appellant, | D.C. No. 2:23-cv-00744-SPL--ESW |
| v. | MEMORANDUM* |
| STATE OF ARIZONA, | |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Arizona
Steven Paul Logan, District Judge, Presiding

Submitted November 20, 2024**

Before:    CANBY, TALLMAN, and CLIFTON, Circuit Judges.

Timothy Huntley Williams appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging constitutional claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A. *Wilhelm v. Rotman*, 680 F.3d 1113, 1118 (9th Cir. 2012). We

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

affirm.

The district court properly dismissed Williams's action because Williams's claims against the State of Arizona are barred by sovereign immunity. *See Pittman v. Oregon, Emp. Dep't*, 509 F.3d 1065, 1071 (9th Cir. 2007) (explaining that states enjoy sovereign immunity from § 1983 actions).

**AFFIRMED.**